**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

CAAP-12-0000612

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
DAVID HARRAWAY, Defendant-Appellant.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 11-1-0133)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion of the court, filed on April 17, 2015, is hereby corrected as follows:

1.   On page 9, in the seventh line of the first paragraph, the word "it" should be replaced with "them," so that as corrected, the text reads: ". . . which authorized them to search . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, May 8, 2015.

FOR THE COURT:


Chief Judge

---

[1]Nakamura, Chief Judge, and Fujise and Reifurth, JJ.